UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY SEALS,

      Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

Case No. 2:16-cv-0753
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand [ECF No. 17] to the Commissioner of Social Security (the "Commissioner") pursuant to Sentence Four of 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58. Accordingly, this case is **REMANDED** to the Commissioner pursuant to Sentence Four of § 405(g) and the Clerk is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58. As agreed by the parties, the Appeals Council will, upon remand, vacate all findings in the Administrative Law Judge's ("ALJ") decision. The Administrative Law Judge will offer Plaintiff a supplemental hearing, at which he will ensure that a psychologist is available to testify as an independent Medical Expert and allow Plaintiff and his counsel to question the testifying Medical Expert. The Commissioner will conduct further proceedings, develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision.

      **IT IS SO ORDERED.**

4-12-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE